WALSH, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 15, 1908.) Action by Edward Walsh

against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment affirmed, with costs.

KRUSE, J., dissents.